# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

PAIGE POOLE,

               Plaintiff,

vs.

CENTENNIAL IMPORTS, INC. d/b/a
CENTENNIAL MAZDA,

            Defendants.

2:12-cv-00647-APG-VCF

**ORDER**

Before the court is Centennial Imports, Inc's Request for Exception to Personal Attendance by Insurance Representative at Settlement Conference.  (#56).

IT IS HEREBY ORDERED that a hearing on Centennial Imports, Inc's Request for Exception to Personal Attendance by Insurance Representative at Settlement Conference (#56) is scheduled for 11:00 a.m., January 30, 2015, in courtroom 3D.

DATED this 28th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE