Pamela A. McKay (SBN 7812)
Robert T. Robbins (SBN 6109)
**MCKAY ROBBINS**
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
Phone: 702-835-6956
Fax: 702- 835-6957
pmckay@mckayrobbins.com
rrobbins@mckayrobbins.com

Attorneys for Defendant,
**CENTENNIAL IMPORTS, INC. d/b/a**
**CENTENNIAL MAZDA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAIGE POOLE, <br><br> Plaintiff, <br><br> vs. <br><br> CENTENNIAL IMPORTS, INC. d/b/a CENTENNIAL MAZDA <br><br> Defendants. | CASE NO. 2:12-cv-00647-APG-VCF <br><br> <u>STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER THEREON</u> |

///

///

///

///

///

///

///

///

///

///

1

IT IS HEREBY STIPULATED by and between plaintiff PAIGE POOLE and defendant CENTENNIAL IMPORTS, INC. a/b/a CENTENNIAL MAZDA, by and through their respective attorneys of record, that the above-captioned action be dismissed with prejudice with each party to bear their respective attorney's fees and costs.

| | |
|---|---|
| **LAW OFFICES OF MICHAEL P. BALABAN** | **MCKAY ROBBINS** |
| By:  /s/ *Michael Balaban* | By:  /s/ *Pamela McKay* |
| MICHAEL P. BALABAN (SBN 9370)<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Attorneys for Plaintiff | PAMELA A. McKAY (SBN 7812)<br>3295 N. Fort Apache Rd., Suite 150<br>Las Vegas, NV 89129<br>Attorneys for Defendant |

**IT IS SO ORDERED.**

DATE:  March 9, 2015

_____
UNITED STATES DISTRICT JUDGE

2